COPY-DO NOT EXECUTE

# UNITED STATES DISTRICT COURT
### for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**David Christopher Martin**<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.   7: 16 mj 50 |

## ARREST WARRANT

To:    Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    David Christopher Martin    ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment     ❐ Superseding Indictment     ❐ Information     ❐ Superseding Information     ☑ Complaint

❐ Probation Violation Petition     ❐ Supervised Release Violation Petition     ❐ Violation Notice     ❐ Order of the Court

This offense is briefly described as follows:

   18 USC 922 (u): Theft of Firearms from a Federal Firearms Licensee inventory

Date:    04/05/2016                               _____
                                                      *Issuing officer's signature*

City and state:    Roanoke, Virginia              Robert Ballou, United States Magistrate Judge
                                                     *Printed name and title*

---

### Return

     This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                      _____
                                               *Arresting officer's signature*

                                               _____
                                                 *Printed name and title*