CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 12 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# United States District Court
## Middle District of Florida
### Office of the Clerk of Court

300 NORTH HOGAN STREET, SUITE 9-150          SHERYL L. LOESCH, CLERK
JACKSONVILLE, FLORIDA 32202                  JIM LEANHART, DIVISION MANAGER
(904) 549-1900                               www.flmd.uscourts.gov

---

April 6, 2016

Clerk of Court
United States District Court
Western District of Virginia

**Re:   Transfer of Criminal Case,**
       ***U.S. v. Martin,*** **WDVA No. 7:16-mj-50; MDFL No. 3:16-mj-1094-PDB**

Dear Sir or Madam:

   Attached are certified copies of the filings in this case. Please acknowledge receipt of them by signing the attached copy of this letter and returning the signed copy of this letter to the above address. Thank you.

SHERYL L. LOESCH, CLERK

*/S/ Angela Loeschen*
Deputy Clerk

Attachments

---

### Acknowledgment of Receipt

I acknowledge receipt of this letter and its attachments on    4/11/16    .

_____/s/ Kelly A Brown_____
Signature

_____Kelly A. Brown_____
Printed Name

# U.S. District Court
## Middle District of Florida (Jacksonville)
### CRIMINAL DOCKET FOR CASE #: 3:16-mj-01094-PDB All Defendants
### Internal Use Only

Case title: USA v. Martin  
Other court case number: 7:16-mj-50 Western District of Virginia

Date Filed: 04/06/2016  
Date Terminated: 04/06/2016

---

Assigned to: Magistrate Judge Patricia D. Barksdale

### Defendant (1)

**David Christopher Martin**  
*Custody*  
*TERMINATED: 04/06/2016*

represented by **Maurice C. Grant, II**  
Federal Public Defender's Office  
Suite 1240  
200 W Forsyth St  
Jacksonville, FL 32202  
904/232-3039  
Fax: 904/232-1937  
Email: maurice_grant@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:922U.F STEALING A FIREARM FROM A LICENSED DEALER | |

**Plaintiff**

USA                                                                  represented by **Kelly Karase**
US Attorney's Office - FLM
Suite 700
300 N Hogan St
Jacksonville, FL 32202
904/301-6301
Fax: 904/301-6310
Email: Kelly.Karase@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2016 | 1 | ARREST (Rule 5(c)(2)) of David Christopher Martin from the Western District of Virginia on charges of 18 U.S.C. § 922(u) Theft of firearms from a federal firearms licensee's inventory. (ASL) (Entered: 04/07/2016) |
| 04/06/2016 | 2 | MINUTE entry for proceedings held before Magistrate Judge Patricia D. Barksdale: initial appearance held on 4/6/2016. (DIGITAL) (ASL) (Entered: 04/07/2016) |
| 04/06/2016 | 3 | ORAL MOTION to appoint counsel by David Christopher Martin. (ASL) (Entered: 04/07/2016) |
| 04/06/2016 | 4 | **ORDER granting 3 oral motion to appoint counsel. The Court appoints the Federal Defender's Office to represent the defendant in this case while in this district. Signed by Magistrate Judge Patricia D. Barksdale on 4/6/2016.** (ASL) (Entered: 04/07/2016) |
| 04/06/2016 | 5 | WAIVER of various Rule 5 rights by David Christopher Martin (filed in open court). (ASL) (Entered: 04/07/2016) |
| 04/06/2016 | 6 | **ORDER OF REMOVAL pursuant to Rule 5(c)(2) to the Western District of Virginia. Signed by Magistrate Judge Patricia D. Barksdale on 4/6/2016.** (ASL) (Entered: 04/07/2016) |
| 04/06/2016 | 7 | **COMMITMENT TO ANOTHER DISTRICT the defendant is committed to District of the Western District of Virginia. Signed by Magistrate Judge Patricia D. Barksdale on 4/6/2016.** (ASL) (Entered: 04/07/2016) |
| 04/06/2016 | 8 | TRANSFER Rule(5)(c)(3) to the Western District of Virginia.(ASL) (Entered: 04/07/2016) |

United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v.  No. 3:16-mj-1094-J-PDB

DAVID CHRISTOPHER MARTIN

## Clerk's Minutes

| Proceeding | Initial Appearance on Complaint out of WDVA and |
|---|---|
| Date | April 6, 2016 |
| Time | 3:33–49 p.m. |
| Judge | Patricia Barksdale, United States Magistrate Judge |
| Courtroom Deputy | Angela Loeschen, Courtroom Deputy |
| Counsel for United States | Kelly Karase, Assistant United States Attorney |
| Counsel for Defendant | Maurice Grant, Assistant Federal Defender |
| Pretrial Services Officer | Patrick Sheridan, United States Pretrial Services Officer |
| Filed in Open Court | Waiver of Various Rule 5 Rights |
| Digital/Reporter | Digital |

Judge Barksdale asked Mr. Grant to appear for possible appointment.

Mr. Martin was arrested on April 5, 2016, in the Middle District of Florida on a sworn complaint, supported by an affidavit, out of the Western District of Virginia.

Judge Barksdale advised Mr. Martin of his right to remain silent.

Judge Barksdale asked Mr. Martin questions to assess competency.

Judge Barksdale advised Mr. Martin of the charge and the maximum penalties, the right to counsel, and the right to self-representation. Mr. Martin requested court-appointed counsel. Ms. Loeschen placed him under oath, and Judge Barksdale questioned him about his financial condition. Based on his responses, Judge Barksdale found that he was unable to afford counsel and appointed the Federal Defender's Office to represent him in this case while in this district. A written order will follow.

Judge Barksdale advised Mr. Martin of his right to a preliminary hearing absent an indictment, the production-of-a-warrant and identity requirements, and Federal Rule of Criminal Procedure 20.

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U.S. DISTRICT COURT
By: _____
Deputy Clerk

Mr. Grant advised the Court that Mr. Martin waives his rights to an identity hearing and production of the warrant and any rights he has to preliminary and detention hearings in this district, reserving his right to have those hearings conducted in the Western District of Virginia. After questioning, Judge Barksdale accepted Mr. Martin's waivers, finding them knowingly, intelligently, and voluntarily made. Messrs. Grant and Martin executed and filed a written waiver. A written order will follow.

Judge Barksdale ordered Mr. Martin remanded to the custody of the Attorney General for transportation to the Western District of Virginia. A written order will follow.

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

**FILED IN OPEN COURT**
**JACKSONVILLE, FLORIDA**

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

4-6-16

**U.S. DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:16-mj-1094-J-PDB |
| David Christopher Martin | ) | |
| | ) | Charging District's Case No. 7:16-mj-50 |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Western District of Virginia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 4-6-2016

*Defendant's signature*

*Signature of defendant's attorney*

Maurice C. Grant, II
*Printed name of defendant's attorney*

**CERTIFIED A TRUE COPY**
SHERYL L. LOESCH, CLERK
U.S. DISTRICT COURT
By: _____
Deputy Clerk

United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

MDFL No. 3:16-mj-1094-J-PDB
WDVA No. 7:16-mj-50

DAVID CHRISTOPHER MARTIN,
*Defendant.*

---

### Removal Order

The defendant appeared before the Court following his arrest in this district on a warrant and complaint out of the Western District of Virginia. The Court advised him of the charge, the penalties, and his rights. With the advice of counsel, he waived his rights to an identity hearing and the production of the warrant, and to whatever rights that he has to detention and preliminary hearings in this district, reserving the right for those hearings to be held in the Western District of Virginia. Upon finding he had made them intelligently, knowingly, and voluntarily, the Court accepted his waivers. The Court directs the clerk to expeditiously send the Western District of Virginia the documents in the CM/ECF file and then close the file.

**Ordered** in Jacksonville, Florida, on April 6, 2016.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U.S. DISTRICT COURT
By: _____
Deputy Clerk

c: Kelly Karase, Assistant United States Attorney
  Maurice Grant, Assistant Federal Defender
  United States Pretrial Services Office
  United States Marshal
  David Christopher Martin

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>David Christopher Martin<br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 3:16-mj-1094-J-PDB<br>)<br>) Charging District's<br>) Case No.  7:16-mj-50 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ____Western____ District of ____Virginia____,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
N/A _____.

The defendant:   ☐ will retain an attorney.
                 ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  04/06/2016                                            _____[signature]_____
                                                             *Judge's signature*

                                                  Patricia D. Barksdale, United States Magistrate Judge
                                                             *Printed name and title*

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U.S. DISTRICT COURT
By: _____[signature]_____
Deputy Clerk